UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MEYERS,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO, UNKNOWN FRESNO COUNTY SHERIFF OFFICERS, and UNKNOWN DEFENDANTS,<br><br>            Defendants. | No. 1:22-cv-00173-ADA-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF Nos. 6, 23) |

Plaintiff filed this civil rights action against Defendants County of Fresno, Unknown Fresno County Sheriff Officers, and Unknown Defendants (collectively "Defendants"). (ECF No. 1.) On May 31, 2022, Defendants filed a motion to dismiss. (ECF No. 6.) On November 3, 2022, the motion to dismiss was referred to the assigned Magistrate Judge for the preparation of findings and recommendations and/or other appropriate action. (ECF No. 17.) The Magistrate Judge held a hearing on January 5, 2023 for oral argument on Defendants' motion to dismiss. (ECF No. 21.) Plaintiff's counsel did not appear, and Defendants submitted on the pleadings. (*Id*.) On September 18, 2023, the Magistrate Judge filed findings and recommendations, recommending Defendants' motion to dismiss de granted with leave to amend. (ECF No. 23.) The findings and recommendations were served on the Parties and contained notice that any objections thereto were to be filed within fourteen days. (*Id*.) No objections have been filed by any party and the time to

1 do so has expired.

2     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly,

1. The findings and recommendation, filed on September 18, 2023, (ECF No. 23), are ADOPTED in FULL;
2. Defendants' motion to dismiss, (ECF No. 6), is GRANTED with leave to amend; and
3. Plaintiff must file an amended complaint within 21 days of the date of this Order.

IT IS SO ORDERED.

Dated:   October 18, 2023

_____
UNITED STATES DISTRICT JUDGE