# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MYERS, | Case No. 1:22-cv-00173-KES-HBK |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO EXTEND CASE MANAGEMENT AND SCHEDULING DEADLINES |
| v. | |
| COUNTY OF FRESNO, et al., | (Doc. No. 37) |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Extend Case Management and Scheduling Deadlines filed May 20, 2024. (Doc. No. 37). The Parties request a six-month extension to all deadlines and the pretrial and trial dates in light of developments in Plaintiff's pending criminal matter. The Court finds good cause to grant an extension to the deadlines in the Case Management and Scheduling Order. Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1. The Parties' Joint Motion to Extend Case Management and Scheduling Deadlines (Doc. No. 37) is GRANTED to the extent set forth herein.
2. The following amended dates shall govern the management of this action.

| Action or Event | Date |
| --- | --- |
| Deadline to complete non-expert discovery | 11/29/2024 |
| Deadline for all parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 12/20/2024 |
| Deadline to disclose any expert rebuttal report(s). | 01/17/2025 |
| Deadline to complete expert discovery. | 02/21/2025 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date | 02/28/2025 |
| Deadline to file pre-trial dispositive motions. | 04/11/2025 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form | 09/08/2025 |
| Final pretrial conference | 09/15/2025 |
| Trial | 10/21/2025 |

3. The remaining deadlines and procedures set forth in the October 5, 2023 Case Management and Scheduling Order (Doc. No. 25) otherwise shall govern this action.

Dated:   May 21, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE