UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MYERS, | Case No. 1:22-cv-00173-KES-HBK |
| Plaintiff, | AMENDED CASE MANAGEMENT AND SCHEDULING ORDER |
| v. | (Doc. No. 37) |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

On May 21, 2024, the Court granted the parties' Joint Motion to Extend Case Management and Scheduling Deadlines. (Doc. No. 38). In order to ensure sufficient time between the final pretrial conference and trial, the Court revises the date of trial as set forth below. The other amended deadlines in the Court's May 21, 2024 Order remain unchanged.

Accordingly, it is **ORDERED:**

1. The following amended date shall govern the management of this action.

| Action or Event | Date |
|---|---|
| Trial | 11/18/2025 |

2. The remaining deadlines set forth in the May 21, 2024 Order Granting the Joint Motion to Extend Case Management and Scheduling Deadlines (Doc. No. 38) and the procedures set forth in the October 5, 2023 Case Management and Scheduling Order (Doc. No. 25) otherwise shall govern this action.

Dated:   June 21, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE