UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MYERS,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO, et al.,<br><br>         Defendants. | Case No.  1:22-cv-00173-KES-HBK<br><br>ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN CASE MANAGEMENT AND SCHEDULING DEADLINES<br><br>(Doc. No. 44)<br><br>ORDER MOOTING MOTION TO COMPEL<br><br>(Doc. No. 40) |

Pending before the Court is the parties' Joint Motion to Extend Case Management and Scheduling Deadlines, filed on October 23, 2024.  (Doc. No. 44).  The Court previously granted extensions to certain case management deadlines on October 5, 2023 and May 21, 2024.  (Doc. Nos. 25, 38).  Due to Plaintiff's criminal prosecution, which the parties expect will conclude within six to twelve months, the parties request further extensions to the case management deadlines.  (Doc. No. 44).  The parties also advise that Plaintiff has agreed to submit to mental examination upon the conclusion of his criminal case, thus resolving Defendants' pending Motion to Compel (*Id*.).  (*Id*. at 2 ¶ 5).  Finally, the parties advise that Plaintiff also will submit to a deposition upon the conclusion of his criminal matter.  (*Id*. ¶ 6).  Based on the foregoing, the Court finds good cause to grant an extension to certain of the deadlines in the Case Management

Scheduling Order. Fed. R. Civ. P. 16(b)(4).[1]

    Accordingly, it is **ORDERED:**

1. The Parties' Joint Motion to Extend Case Management and Scheduling Deadlines (Doc. No. 44) is GRANTED to the extent set forth herein.

2. The following amended dates shall govern the management of this action.

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 11/28/2025 |
| Deadline for all parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 12/19/2025 |
| Deadline to disclose any expert rebuttal report(s). | 01/16/2026 |
| Deadline to complete expert discovery. | 02/20/2026 |
| Deadline to advise court of status of settlement, mediation, ADR or VDRP. *See* Local Rule 270, 271. | 02/27/2026 |
| Deadline to file pretrial dispositive motions. *See* Fed. R. Civ. P. 56, Local Rule 230. | 04/10/2026 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. | 09/08/2026 |
| Final pretrial conference | 9/15/2026 at 1:30 p.m. |
| Trial date | 11/18/2026 at 8:30 a.m. |

3. The **procedures** set forth in the December 8, 2022 Case Management and Scheduling Order (Doc. No. 20) will continue to govern this action.

---

[1] While Plaintiff's criminal case does not arise out of the same incident as his civil case against Defendants, his Fifth Amendment rights are nevertheless implicated because admissions made in this proceeding could be prejudicial to his criminal prosecution. *See Fed. Sav. & Loan Ins. Corp. v. Molinaro*, 889 F.2d 899, 902–03 (9th Cir. 1989) (whether a stay of a civil action is prudent requires the court to balance whether "the [criminal] defendant's fifth amendment rights are implicated" and whether the interest of the civil plaintiff, the public, and the court favor a stay); *see also Wallace v. Kato*, 549 U.S. 384, 394, (2007) (it is "common practice" when pending civil and criminal actions stem from the same incident "to stay the civil action until the criminal case or the likelihood of a criminal case is ended.").

4.  Defendants' Motion to Compel (Doc. No. 40) is moot.[2]

Dated:   October 25, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[2] To the extent necessary, Defendants may refile the motion after Plaintiff's criminal case is resolved if he refuses to submit to a mental examination at that time.