UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MYERS, | Case No. 1:22-cv-00173-KES-HBK |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT AND SCHEDULING DEADLINES |
| v. | |
| COUNTY OF FRESNO, et al., | (Doc. No. 46) |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Extend Case Management and Scheduling Deadlines, filed on October 29, 2025. (Doc. No. 46, "Joint Motion"). The Court granted three previous extensions to the case management deadlines: October 5, 2023 (Doc. No. 25), May 21, 2024 (Doc. No. 38), and October 25, 2024 (Doc. No. 45). In their Joint Motion seeking a further extension to the case management deadlines, the parties advise that Plaintiff's criminal prosecution remains "on hold" due to "Plaintiff's claimed incapacity to stand trial." (Doc. No. 46 at 2, ¶ 2). Thus, Plaintiff opposes submitting to a psychological examination and deposition currently, but has agreed to undergo both a psychological examination and deposition once his criminal matter is resolved. (*Id*. ¶¶ 5-6). Based on the foregoing, the Court finds good cause to grant a further extension to the remaining deadlines in the Case Management Scheduling Order. Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1. The Parties' Joint Motion to Extend Case Management and Scheduling Deadlines (Doc. No. 46) is GRANTED to the extent set forth herein.
2. The following amended dates shall govern the management of this action.

| Action or Event | Date |
| --- | --- |
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 12/01/2026 |
| Deadline for all parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 12/18/2026 |
| Deadline to disclose any expert rebuttal report(s). | 01/15/2027 |
| Deadline to complete expert discovery. | 02/19/2027 |
| Deadline to advise court of status of settlement, mediation, ADR or VDRP. *See* Local Rule 270, 271. | 02/26/2076 |
| Deadline to file pretrial dispositive motions. *See* Fed. R. Civ. P. 56, Local Rule 230. | 04/09/2027 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. ( | 08/30/2027 |
| Final pretrial conference (second or fourth Monday) | 9/13/2027 at 1:30 p.m. |
| Trial date (Tuesday) | 11/09/2027 at 8:30 a.m. |

3. The **procedures** set forth in the December 8, 2022 Case Management and Scheduling Order (Doc. No. 20) will continue to govern this action.

Dated:   October 29, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2